TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-0075-CV

Greg Orr d/b/a Pet Emporium, Appellant

v.

Steven M. Zager, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. GN002097, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING

 The parties have informed this Court that they have reached a settlement agreement
in this case. Accordingly, we will reverse the district court's judgment and remand the case to the
trial court for entry of a judgment in accordance with the parties' settlement agreement.

 The district court's order is reversed and the case is remanded to the district court for
entry of judgment in accordance with the parties' settlement agreement.

 

 Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Puryear

Reversed and Remanded

Filed: August 9, 2001

Do Not Publish